August 1, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

SAMUEL HERNANDEZ, Appellant

NO. 14-16-00346-CR
NO. 14-16-00347-CR                               V.


THE STATE OF TEXAS, Appellee

_____

These consolidated causes were heard on their respective records.  Having inspected the records, this Court finds no error in the judgments.

In Cause No. 14-16-00346-CR, this Court orders the judgment of the court below **AFFIRMED**.  We further order this decision certified below for observance.

In Cause No. 14-16-00347-CR, this Court orders the judgment of the court below **AFFIRMED.**  We further order this decision certified below for observance.